The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>          Plaintiff,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>          Defendants,<br><br>  and<br><br>COOKE AQUACULTURE PACIFIC, LLC,<br><br>          Intervenor-Defendant. | No. 2:15-cv-01731<br><br>ORDER AMENDING THE CASE SCHEDULE |

      Before the Court is the parties' Joint Motion (ECF No. 90) to amend the case schedule. The Court has fully considered the motion for a modification of the schedule, and finds that good cause exists to grant the motion.

      Accordingly, the Court ORDERS that the motion to amend the case schedule (ECF No. 90) is hereby GRANTED, and that the following deadlines established by the Court's January 2, 2018, and June 8, 2018 Minute Orders (ECF No. 61 and 78) are hereby amended as follows:

| Parties shall submit a proposal that addresses briefing deadlines and page limits for cross-motions for summary judgment on all remaining claims | **September 20, 2018** |
|---|---|
| Federal Defendants' Lodging of the Supplemented Administrative Records not later than | **September 20, 2018** |
| Reopened discovery shall be completed by | **September 28, 2018** |

All other dates and provisions of the Court's January 2, 2018, and June 8, 2018 Minute Orders (ECF Nos. 61 and 78) remain unchanged.

DATED this 15th day of August, 2018.

BY THE COURT:

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge