THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants, and<br><br>COOKE AQUACULTURE PACFIC,<br><br>Defendant-Intervenor | NO. 15-CV-1731 BJR<br><br>ORDER RE: SCHEDULE AND PAGE LIMITS FOR CROSS MOTIONS FOR SUMMARY JUDGMENT |

The Court is in receipt of the parties' Joint Proposal for Cross Motions for Summary Judgment, Dkt. No. 95. Having considered the matter, the Court hereby sets the following schedule and page limits:

| | |
|---|---|
| The Conservancy's Motion for Summary Judgment, not to exceed 35 pages | December 14, 2018 |

| | | |
|---|---|---|
| The Federal Defendants' Combined Cross-Motion for Summary Judgment and Response to the Conservancy's Motion for Summary Judgment, not to exceed 40 pages | February 13, 2019 |
| Cooke's Combined Cross-Motion for Summary Judgment and Response to the Conservancy's Motion for Summary Judgment, not to exceed 40 pages | February 13, 2019 |
| The Conservancy's Combined Response to Federal Defendants' Cross- Motions for Summary Judgment and Reply in Support of the Conservancy's Motion for Summary Judgment, not to exceed 30 pages | March 15, 2019 |
| The Conservancy's Combined Response to Cooke's Cross-Motion for Summary Judgment and Reply in Support of the Conservancy's Motion for Summary Judgment, not to exceed 30 pages | March 15, 2019 |
| Federal Defendants' Reply in Support of its Cross-Motion for Summary Judgment, not to exceed 20 pages | April 15, 2019 |
| Cooke's Reply in Support of its Cross-Motion for Summary Judgment, not to exceed 20 pages | April 15, 2019 |
| Joint Proposal for Further Proceedings if the Court's order on the Cross-Motions for Summary Judgment does not resolve all outstanding issues | Within fourteen (14) days of the Court's order |

Signed this 25th day of September, 2018.

Barbara Jacobs Rothstein
U.S. District Court Judge