HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY, | |
| Plaintiff, | Case No. 2:15-CV-01731-BJR |
| v. | ORDER GRANTING JOINT MOTION TO VACATE SUMMARY JUDGMENT SCHEDULE |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.* | |
| Defendants, | |
| and | |
| COOKE AQUACULTURE PACIFIC, LLC, | |
| Intervenor-Defendant. | |

BEFORE THE COURT is the Joint Motion to Vacate Summary Judgment Schedule.

The Court finds that good cause exists for the requested relief and that the motion should be GRANTED.

Accordingly,

**IT IS ORDERED** that:

ORDER GRANTING MOTION TO VACATE SUMMARY
JUDGMENT SCHEDULE - 1
No. 2:15-CV-01731-BJR

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099, Portland, Oregon 97214
(503) 841-6515

1. The Order Re: Schedule and Page Limits for Cross-Motions for Summary Judgment, Dkt. 96, is hereby vacated; and

2. The Parties shall submit a status report no later than December 14, 2018, if other relief has not yet been sought by that date.

Dated this 9th day of November, 2018.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

KAMPMEIER & KNUTSEN, PLLC

By: s/ Brian A. Knutsen
    Brian A. Knutsen, WSBA No. 38806
Attorney for Plaintiff


JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

By: s/ Stephanie J. Talbert
    Stephanie J. Talbert
Attorney for Federal Defendants


NORTHWEST RESOURCE LAW PLLC

By: s/ Douglas J. Steding
    Douglas J. Steding, WSBA No. 37020
Attorney for Defendant-Intervenor

ORDER GRANTING MOTION TO VACATE SUMMARY JUDGMENT SCHEDULE - 2
No. 2:15-CV-01731-BJR

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099, Portland, Oregon 97214
(503) 841-6515