HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.* <br><br> Defendants, <br><br> and <br><br> COOKE AQUACULTURE PACIFIC, LLC, <br><br> Intervenor-Defendant. | Case No. 2:15-CV-01731-BJR <br><br> ORDER GRANTING JOINT MOTIONS FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND FOR EXTENTION OF RULE 54(d) DEADLINE |

BEFORE THE COURT are the Joint Motions for Voluntary Dismissal Without Prejudice and for Extension of Rule 54(d) Deadline.

The Court finds that good cause exists for the requested relief and that the motions should be GRANTED.

ORDER GRANTING MOTIONS
FOR VOLUNTARY DISMISSAL AND
EXTENSION OF RULE 54(d) DEADLINE - 1
No. 2:15-CV-01731-BJR

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099, Portland, Oregon 97214
(503) 841-6515

Accordingly,

**IT IS ORDERED** that:

1. This matter is voluntarily dismissed without prejudice; and

2. The Rule 54(d) deadline for filing a motion for an award of fees and costs is extended to January 31, 2019.

Dated this 14th day of December, 2018.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

KAMPMEIER & KNUTSEN, PLLC

By: s/ Brian A. Knutsen
    Brian A. Knutsen, WSBA No. 38806
Attorney for Plaintiff

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

By: s/ Stephanie J. Talbert
    Stephanie J. Talbert
Attorney for Federal Defendants

NORTHWEST RESOURCE LAW PLLC

By: s/ Douglas J. Steding
    Douglas J. Steding, WSBA No. 37020
Attorney for Defendant-Intervenor