The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants, <br><br> and <br><br> COOKE AQUACULTURE PACIFIC, LLC, <br><br> Intervenor-Defendant. | No. 2:15-cv-01731 <br><br> ORDER EXTENDING FEDERAL DEFENDANTS' BRIEFING DEADLINE |

Before the Court is Federal Defendants' Motion (ECF No. 106) to extend their deadline for responding to Plaintiff's Motion for Attorney's Fees. The Court has fully considered Federal Defendants' motion, which the Federal Defendants represent is not opposed, and finds that good cause exists to grant the motion.

ORDER GRANTING
FED. DEFENDANTS' MOTION TO
EXTENT BRIEFING DEADLINE – - 1 -
No. 2:15-cv-01731-BJR

UNITED STATES DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION
999 18TH ST., SOUTH TERRACE, SUITE 370
DENVER, CO 80202
303-844-7231

Accordingly, the Court ORDERS that the Federal Defendants' motion to extend their deadline for responding to Plaintiff's Motion for Attorney's Fees (ECF No. 104) is hereby GRANTED, and that Federal Defendants' response is now due April 3, 2019. Plaintiff shall file its reply on or before April 18, 2019.

DATED this 13th day of March, 2019.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge

**Presented by:**

By: s/ *Stephanie J. Talbert*

*Attorney for Federal Defendants*

ORDER GRANTING
FED. DEFENDANTS' MOTION TO
EXTEND BRIEFING DEADLINE – - 2 -
No. 2:15-cv-01731-BJR

UNITED STATES DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION
999 18TH ST., SOUTH TERRACE, SUITE 370
DENVER, CO 80202
303-844-7231