The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>        Plaintiff,<br><br>  vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>        Defendants,<br><br>  and<br><br>COOKE AQUACULTURE PACIFIC, LLC,<br><br>    Intervenor-Defendant. | No. 2:15-cv-01731<br><br>ORDER EXTENDING FEDERAL DEFENDANTS' BRIEFING DEADLINE |

Before the Court is the parties' Joint Motion (ECF No. 108) to extend Federal Defendants' deadline for responding to Plaintiff's Motion for Attorney's Fees. The Court has fully considered Federal Defendants' motion, and finds that good cause exists to grant the motion.

ORDER GRANTING
JOINT MOTION TO
EXTEND BRIEFING DEADLINE – - 1 -
No. 2:15-cv-01731-BJR

UNITED STATES DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION
999 18TH ST., SOUTH TERRACE, SUITE 370
DENVER, CO 80202
303-844-7231

Accordingly, the Court ORDERS that the joint motion to extend Federal Defendants' deadline for responding to Plaintiff's Motion for Attorney's Fees (ECF No. 104) is hereby GRANTED, and that Federal Defendants' response is now due May 3, 2019.

DATED this 28th day of March, 2019.

BY THE COURT:

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

**Presented by:**

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

By:  s/ *Stephanie J. Talbert*

*Attorney for Federal Defendants*

KAMPMEIER & KNUTSEN, PLLC

By:  s/ *Brian A. Knutsen*
     Brian A. Knutsen, WSBA No. 38806

*Attorney for Plaintiff*

ORDER GRANTING
JOINT MOTION TO
EXTEND BRIEFING DEADLINE – - 2 -
No. 2:15-cv-01731-BJR

UNITED STATES DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION
999 18TH ST., SOUTH TERRACE, SUITE 370
DENVER, CO 80202
303-844-7231